In the Matter of the Application of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Made by 100 William Street Corporation to The Seaboard National Bank of the City of New York as Trustee Dated April 1, 1926, Mortgagee, Applicant, Appellant, for an Order Directing GUARDIAN REALTIES, INC., Respondent, to Pay over Surplus Income to Said Mortgagee, and for Other Relief, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. (Second Application.) — Orders entered December 20, 1939, and January 12, 1940, reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to affirm; Untermyer, J., takes no part.— Settle order on notice. [See *post*, p. 877.]

## (May 10, 1940.)

TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MILDRED HILL, Respondent, v. MORRIS WHITE PROPERTIES CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,225.15; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and grant a new trial.— Settle order on notice.

MANNING DOHAN, Respondent, v. RUDOLPH SPITZER, Doing Business under the Firm Name and Style of RUDOLPH SPITZER Co., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GEORGE H. REYNOLDS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.